FILED U.S. DISTRICT COURT AUGUSTA DIV. 2015 JUN 24 AM 10: 01 CLERK___ SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Dublin Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 3:10CR00014-6 |
| Stacey Hines, aka "Big Hines" | ) USM No: 16805-021 |
| | ) |
| Date of Original Judgment: September 20, 2011 | ) Ashley W. McLaughlin |
| Date of Previous Amended Judgment: _____ | ) Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated September 20, 2011, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 6-24-15

*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*