IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| v.   * | CR 310-014 |
| * | |
| STACEY HINES * | |

O R D E R

Before the Court in the captioned case is Defendant Stacey Hines's motion to terminate the remainder of his supervised release, which is supported by his supervising probation officer. The Government does not oppose the motion. Accordingly, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that Defendant's motion (doc. no. 415) is **GRANTED**. Stacey Hines is hereby discharged from his term of supervised release. The Clerk is directed to send a copy of this Order to Mr. Tony Graham of the United States Probation.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE